IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Montoya, Alfredo | Case Number: 05 B 34953 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 9/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 2, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 47,612.89 | |
| Secured: | | 13,466.89 |
| Unsecured: | | 29,153.08 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 2,492.92 |
| Other Funds: | | 0.00 |
| Totals: | 47,612.89 | 47,612.89 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 200.00 | 200.00 |
| 2. | John C Dent Ltd. | Administrative | 2,300.00 | 2,300.00 |
| 3. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 5. | Riverdale Credit Union IHB | Secured | 13,466.89 | 13,466.89 |
| 6. | DaimlerChrysler Servs North America | Unsecured | 1,834.24 | 2,829.07 |
| 7. | ECast Settlement Corp | Unsecured | 1,339.24 | 2,065.59 |
| 8. | Financial Pacific Leasing L L C | Unsecured | 5,741.92 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 2,438.59 | 3,760.36 |
| 10. | Financial Pacific Leasing L L C | Unsecured | 7,198.51 | 11,100.19 |
| 11. | Excelsior Mfg & Supply | Unsecured | 1,239.23 | 0.00 |
| 12. | American Express Travel Relate | Unsecured | 3,055.54 | 4,711.68 |
| 13. | Capital One | Unsecured | 3,038.99 | 4,686.19 |
| 14. | Internal Revenue Service | Priority | | No Claim Filed |
| 15. | First Midwest Bank | Unsecured | | No Claim Filed |
| 16. | Coyne | Unsecured | | No Claim Filed |
| 17. | FNB Omaha | Unsecured | | No Claim Filed |
| 18. | Household | Unsecured | | No Claim Filed |
| 19. | MBNA America | Unsecured | | No Claim Filed |
| 20. | Midwest Radiology SC | Unsecured | | No Claim Filed |
| 21. | LaSalle National Bank | Unsecured | | No Claim Filed |
| 22. | US Bank | Unsecured | | No Claim Filed |
| 23. | Nextel Communications | Unsecured | | No Claim Filed |
| 24. | Park Supply | Unsecured | | No Claim Filed |
| 25. | National Cash Advance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Montoya, Alfredo

Printed:  7/15/08

Case Number:  05 B 34953
Judge:  Hollis, Pamela S
Filed:  9/1/05

| | | | |
|---|---|---|---|
| 26.  R H Donnelley | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 41,853.15 | $ 45,119.97 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 642.03 |
| 5% | 175.00 |
| 4.8% | 606.87 |
| 5.4% | 1,069.02 |
| | _____ |
| | $ 2,492.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

